# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:15-CR-213-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| DINO NASTASI, | ) |
| DAVID FAIRCHILD, | ) |
| SABRINA MOMMERS, | ) |
| KRISTIAN SIERP, | ) |
| ROBERT JESUS VALDES FERNANDEZ, | ) |
| STEPPHEN E. FINCK, | ) |
| THOMAS SNIFFEN, | ) |
| BARRY HARMELIN, | ) |
| CARLIN WOODS, | ) |
| PATRICIO DEL-HOYO, | ) |
| MICHAEL SAXON, | ) |
| GAVIN JORDAN, and | ) |
| DONALD DODT, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 27) filed by S. Frederick Winiker, III, concerning Scott King, on June 27, 2016. Mr. Scott King seeks to appear as counsel *pro hac vice* for Defendant Carlin Woods. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 27) is **GRANTED.** Mr. Scott King is hereby admitted *pro hac vice* to represent Defendant Carlin Woods.

**SO ORDERED**.

Signed: June 29, 2016

David C. Keesler
United States Magistrate Judge