# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.        CASE NUMBER: 3:15cr213; 3:17cr132

Carlin Woods

  THIS MATTER is before the Court sua sponte.

  **NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshal service is hereby ORDERED to transport & produce the body of Defendant, Carlin Woods (USM# 16399-027), for a hearing before the honorable Max O. Cogburn, Jr., in the Western District of North Carolina, Charlotte not later than November 13, 2019, and upon completion of the hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

  The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

  IT IS SO ORDERED.

Signed: October 22, 2019

Max O. Cogburn Jr.
United States District Judge